## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>*DAVID MARTINEZ TORRES*<br><br><br>*xxx–xx–2351*<br><br>Debtor(s) | **Case No. 19–03342 ESL**<br><br>**Chapter 13**<br><br><br><br>FILED & ENTERED ON<br>***12/13/24*** |

### *NOTICE OF INTENT TO CLOSE CHAPTER 13 BANKRUPTCY CASE WITHOUT DISCHARGE*

Upon the Trustee's certification to close the case without discharge (Docket #57 ) the following certification(s) is/are missing:

☑ Pursuant to FR1007 (b) (7) certification of Financial Management course.

> Unless the debtor certifies that no personal financial management course is required because of: Incapacity or disability, as defined in 11 USC §109(h)(4); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

☐ Pursuant to PR–LBR 3015–3 (k) certification of Domestic Support Obligation.

☐ Pursuant to USC Section 1328 (f) (1) and or (2).

☐ Other

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the above mentioned certification is/are file within fourteen (14) days of this notice no later than Friday, December 27, 2024 . Once closed, the debtor will be required to pay a re–opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, ***The 13th of December, 2024*** .

***Wilma Jaime***
Clerk of Court
By: ***Edna L Sanabria Lebron***
Deputy Clerk
