| **Fill in this information to identify the case:** | | |
|---|---|---|
| Debtor 1 | DAVID MARTINEZ TORRES | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | District of Puerto Rico | |
| Case number | 19-03342 | |

## Official Form 410S1
# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Banco Popular de Puerto Rico

**Court claim no.** (if known): 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2023

**New total payment:**
Principal, interest, and escrow, if any: $ 1295.36

**Last 4 digits** of any number you use to identify the debtor's account: 5 7 0 3

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 158.52   **New escrow payment:** $ 137.03

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%   **New interest rate:** _____%

   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

| Debtor 1 | DAVID MARTINEZ TORRES | Case number (if known) 19-03342 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Frances A De Jesus
Signature

Date 08/21/2023

Print: Frances A De Jesus
First Name   Middle Name   Last Name

Title: Bankruptcy Technician

Company: Banco Popular

Address: PO Box 362708
Number   Street

CLAVE 762
Address 2

San Juan   PR   00936-2708
City   State   ZIP Code

Contact phone 000-000-0000

Email: noreply@popular.com



BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708
TELÉFONO: 1.800.981.1982

50
DAVID MARTINEZ-TORRES
AVENIDA FONT MARTELO 221
HUMACAO        PR 00791-3203

Préstamo Hipotecario: ████5703          Fecha: 16 de agosto de 2023

| SI USTED ES UN DEUDOR EN QUIEBRA O DESCARGÓ RESPONSABILIDAD PERSONAL POR SU PRÉSTAMO HIPOTECARIO, ESTA COMUNICACIÓN ES PARA FINES INFORMATIVOS Y DE CUMPLIMIENTO SOLAMENTE. ESTO NO ES, NI DEBE INTERPRETARSE, COMO UN INTENTO DE COBRAR UNA DEUDA CONTRA USTED. RECONOCEMOS QUE SUS PAGOS SON VOLUNTARIOS Y QUE EL ACREEDOR HIPOTECARIO SOLO PUEDE EJERCER DERECHOS CONTRA LA PROPIEDAD QUE GARANTIZA LA DEUDA. |
|---|

## DIVULGACIÓN DEL ESTADO ANUAL DE LA CUENTA DE RESERVA

Esta cuenta debe ser analizada anualmente para determinar si acumula los fondos suficientes y determinar si la cuenta refleja sobrante o deficiencia según la actividad presupuestada.

## HISTORIAL DE LA CUENTA

Este es un estado de la actividad en la cuenta de reserva desde 12/22 hasta 09/23. Puede comparar el historial con el presupuesto de la cuenta divulgado en el Estado de la Cuenta de Reserva generado anteriormente. El pago era de $1,397.85 del cual $1,158.33 era para principal e intereses y $158.52 para la cuenta de reserva. Además, incluye $81.00 para partidas adicionales en su pago periódico como: seguros opcionales y misceláneos.

### HISTORIAL DE LA CUENTA desde 12/22 hasta 09/23

| Mes / Año | Depósitos Proyectados | Depósitos Realizados | Desembolsos Proyectados | Descripción | Desembolsos Realizados | Balance Proyectado | Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Balance Inicial |  | $263.08 | $248.56 |
| 12/2022 | $52.62 | $1,182.88 | $0.00 |  | $0.00 | $315.70 * | $1,431.44 |
| 01/2023 | $52.62 | $528.36 | $113.71 | Contribuciones | $113.69 | $254.61 * | $1,846.11 |
| 02/2023 | $52.62 | $158.52 | $0.00 |  | $0.00 | $307.23 * | $2,004.63 |
| 03/2023 | $52.62 | $528.35 | $0.00 |  | $0.00 | $359.85 * | $2,532.98 |
| 04/2023 | $52.62 | $898.19 | $0.00 |  | $0.00 | $412.47 * | $3,431.17 |
| 05/2023 | $52.62 | $158.52 | $0.00 |  | $0.00 | $465.09 * | $3,589.69 |
| 06/2023 | $52.62 | $525.91 | $0.00 |  | $0.00 | $517.71 * | $4,115.60 |
| 07/2023 | $52.62 | $158.52 | $113.71 | Contribuciones | $113.70 | $456.62 * | $4,160.42 |
| 08/2023 | $52.62 | $158.52 | $404.00 | Seguro Contra Riesgos | $445.00 | $105.24 * | $3,873.94 |
| 09/2023 | $52.62 | $158.52 ** | $0.00 |  | $0.00 | $157.86 * | $4,032.46 |
| 10/2023 | $52.62 | $0.00 | $0.00 |  | $0.00 | $210.48 * | $0.00 |
| 11/2023 | $52.62 | $0.00 | $0.00 |  | $0.00 | $263.10 * | $0.00 |
|  |  |  |  | Total de depósitos realizados a la Cuenta de Reserva |  |  | $4,456.29 |
|  |  |  |  | Total de desembolsos realizados de Contribuciones |  |  | $227.39 |
|  |  |  |  | Total de desembolsos realizados de Seguros |  |  | $445.00 |

(*) Indica una diferencia con el estimado del estado anterior, ya sea en la fecha o en la cantidad.

(**) Para propósitos del historial de la cuenta de reserva, estos pagos y desembolsos no han sido recibidos ni realizados, pero se presume que estos serán recibidos y realizados en las fechas y cantidades correspondientes.

REFUND-8/17/23-50



BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708
TELÉFONO: 1.800.981.1982

En el último análisis proyectamos que los desembolsos de la cuenta de reserva efectuados durante ese período serían por $631.42. Esta información se divulgó en su análisis de reserva anterior en la sección Proyecciones Próximo Año. Bajo la ley federal, el balance mensual más bajo de su cuenta no debió exceder de $105.24 o de una sexta (1/6) parte del total de los desembolsos anuales proyectados. Su balance mensual actual fue mayor de $105.24. Las partidas marcadas con un asterisco en el historial de la cuenta pueden explicar la razón de esto. De necesitar más información puede llamar a Servicio al Cliente, libre de costo.

### PROYECCIÓN DE LA CUENTA PARA EL PRÓXIMO AÑO desde 10/23 hasta 09/24

A continuación, le proveemos una proyección de la actividad para la cuenta de reserva basada en los desembolsos estimados a realizarse durante el próximo año.

| Mes/Año | Depósitos Proyectados | Desembolsos Proyectados | Descripción | Balance Proyectado |
|---|---|---|---|---|
|  |  |  | Balance Inicial | $168.16 |
| 10/2023 | $56.03 | $0.00 |  | $224.19 |
| 11/2023 | $56.03 | $0.00 |  | $280.22 |
| 12/2023 | $56.03 | $0.00 |  | $336.25 |
| 01/2024 | $56.03 | $113.71 | Contribuciones | $278.57 |
| 02/2024 | $56.03 | $0.00 |  | $334.60 |
| 03/2024 | $56.03 | $0.00 |  | $390.63 |
| 04/2024 | $56.03 | $0.00 |  | $446.66 |
| 05/2024 | $56.03 | $0.00 |  | $502.69 |
| 06/2024 | $56.03 | $0.00 |  | $558.72 |
| 07/2024 | $56.03 | $113.71 | Contribuciones | $501.04 |
| 08/2024 | $56.03 | $445.00 | Seguro Contra Riesgos | $112.07 |
| 09/2024 | $56.03 | $0.00 |  | $168.10 |

REFUND-8/17/23-50

El balance final del historial de la cuenta es de $4,032.46. El balance inicial proyectado para la cuenta del próximo año es de $168.16. Esto significa que la cuenta de reserva tiene un sobrante de $3,864.30.

El sobrante igual o mayor a $50.00 **será reembolsado, y próximamente recibirá un cheque por $**3,864.30.

Su nuevo pago periódico efectivo 01 de octubre de 2023 será de $1,295.36 que se desglosa como sigue:

| | |
|---|---|
| Información de Pago: | |
| Principal e Interés | $1,158.33 |
| Reserva | $56.03 |
| Seguros opcionales | $81.00 |
| Misceláneos | $0.00 |
| Subsidio/Reserva Reemplazo | $0.00 |
| Pago Total | $1,295.36 |

Si el préstamo es de interés variable, el pago puede cambiar antes del próximo análisis de la cuenta de reserva de acuerdo con la nueva tasa de interés.

Retenga este estado de cuenta para compararlo con la actividad actual de su cuenta y el cálculo en su análisis de reserva anual del próximo año.

Para más información sobre este análisis de la cuenta de reserva, puede comunicarse con nuestra División de Servicios Hipotecarios, Departamento de Servicios al Cliente, de lunes a viernes de 8:00 a.m. a 8:00 p.m. y sábado de 8:00 a.m. a 1:00 p.m. al 787.775.1100 o libre de cargos al 1.800.981.1982.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-03342 (ESL) |
|---|---|
| DAVID MARTINEZ TORRES | CHAPTER 13 |
| DEBTOR | |

CERTIFICATE OF SERVICE

      I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Jose R. Carrion Morales (claims@ch13-pr.com), and debtor's attorney Roberto Figueroa-Carrasquillo (rfigueroa@rfclawpr.com). I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Debtor, David Martinez Torres, at 221 Font Martelo Ave., Humacao, PR 00791.

<u>/s/ Juan C. Fortuño Fas</u>
JUAN C. FORTUÑO FAS
USDCPR 211913
P.O. BOX 9300
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
Email: bkfilings@fortuno-law.com